IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CEDRIQUEZ McCAA,              )
                              )
     Petitioner,              )
                              )     CIVIL ACTION NO.
     v.                       )       2:23cv420-MHT
                              )            (WO)
UNITED STATES OF AMERICA,     )
                              )
     Respondent.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) The 28 U.S.C. § 2255 petition (Doc. 1) is dismissed without prejudice because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of October, 2023.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**